| | AUSA: | James R. Drabick | Telephone: | (313) 226-9788 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Kevin Doyle, FBI | Telephone: | (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Keevon Deonte Black-Burton

Case: 2:17-mj-30368
Judge: Unassigned,
Filed: 07-28-2017 At 04:44 PM
SEALED MATTER (LH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____May through July, 2017____ in the county of ____Wayne____ in the ____Eastern____ District of ____Michigan____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §922(g)(1) | Felon in possession of a firearm; |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

S/A Kevin Doyle, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/28/2017

_____
Judge's signature

City and state: Detroit, MI

Hon. Mona K. Majzoub, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Kevin Patrick Doyle, being duly sworn, depose and states the following:

### I. INTRODUCTION

1. I have been a Special Agent with the Federal Bureau of Investigation since February of 2010. I am currently assigned to the Detroit FBI Violent Crime Task Force. I have investigated numerous Federal violations including, but not limited to, controlled substance violations and violent criminal acts.

2. I make this affidavit from personal knowledge based on my participation in this investigation, including communications with others who have personal knowledge of the events and circumstances described herein, oral and written reports about this investigation, which I received directly or indirectly from law enforcement personnel, information gained through my training and experience, and the seizure of weapons.

3. The information outlined below is for the limited purpose of establishing probable cause. This affidavit does not

-1-

contain all the facts known to law enforcement in this investigation.

4. Probable cause exists that KEEVON DEONTE BLACK-BURTON, a convicted felon, date of birth xx/xx/88, possessed multiple firearms in violation of Title 18, United States Code, Section 922(g) (felon in possession of a firearm).

## II. SUMMARY OF THE INVESTIGATION

5. On July 5, 2017, members of the Detroit Police Department and Michigan State Police Homicide Task Force responded to the fatal shooting of Robert Oaks. Oaks was shot multiple times in the torso and head while attending a party at a residence. Two other victims suffered non-fatal gunshot wounds.

6. The investigation revealed that an argument broke out outside the residence between KEEVON BLACK-BURTON and unknown individuals about a homicide that occurred on July 3, 2017. The argument became heated. BLACK-BURTON punched another man and pulled out a pistol. Oaks, who had been inside the residence, exited the residence and a short time later several

shots were fired. Multiple witnesses interviewed by the Homicide Task Force stated they observed BLACK-BURTON possessing a pistol and fire it during the altercation.

7. A state search warrant was executed at 15377 Forrer Street in Detroit, MI, in furtherance of the homicide investigation. Items seized included, but were not limited to, firearms and cell phones. Of the phones recovered was an iPhone 6 that belonged to Brandon Devon Jackson. Jackson is a relative of BLACK-BURTON.

8. Detectives from the Homicide Task Force interviewed Jackson on July 5, 2017. Jackson gave written and verbal consent to search his phone. A forensic examination of the phone was conducted on July 13, 2017. Affiant reviewed the examination of Jackson's phone. The phone contained numerous images and videos of both Jackson and BLACK-BURTON holding firearms.

9. A review of the forensic report from Jackson's phone revealed the following image and video of BLACK-BURTON taken with Jackson's iPhone:

-3-

  a. July 3, 2017: BLACK-BURTON is holding Glock pistol with an extended magazine. BLACK-BURTON is the second individual from the right and is wearing a black Chicago White Sox baseball cap, black and gray t-shirt, and black sweat pants in the photo(see below);



  b. July 3, 2017: Jackson's phone filmed a video in which BLACK-BURTON, Jackson, and others are seen holding handguns and pointing loaded

-4-

handguns at the camera (screen captures of BLACK-BURTON doing so below);



10.   A state search warrant was also executed at 30990 Stone Ridge Drive, Apartment 10306, in Wixom, MI, in furtherance of the homicide investigation. Items seized included, but were not limited to, residency documents for BLACK-BURTON and cell phones. Of the phones recovered was an iPhone 5S associated with BLACK-BURTON.

11.   A forensic examination of the iPhone 5S associated with BLACK-BURTON was conducted on July 13, 2017 pursuant to the state search warrant for 30990 Stone Ridge Drive,

Apartment 10306. Affiant reviewed the examination of BLACK-BURTON's phone. The phone contained numerous images of BLACK-BURTON holding firearms.

12.  A review of the forensic report from BLACK-BURTON's phone revealed the following images of BLACK-BURTON taken with his iPhone:

    a.  June 28, 2017: BLACK-BURTON saved a screenshot from Dropbox, Inc. (a cloud storage application) of an image of himself holding a Glock pistol (see below):



b. May 10, 2017: A picture taken by the iPhone of a 9mm Glock 19 pistol in the lap of an unknown individual but presumed to be BLACK-BURTON. The serial number – YTE266 – can be seen on the pistol. The weapon is not registered to BLACK-BURTON. Metadata and text message records on BLACK-BURTON's phone reflect that the photo was sent via text message to Jackson's phone approximately one minute after it was taken.



13. A computerized criminal history check of BLACK-BURTON and review of court records reveal that he was convicted by way of a guilty plea of a federal weapons offense on February 10, 2011.

14. Based on my training and experience and my review of the photos and video, I know that the firearm(s) depicted in the images in paragraphs 9 and 11 are Glock firearm(s). I further know from prior consultation with nexus experts at the Bureau of

Alcohol, Tobacco, Firearms and Explosives that Glock pistols are made outside of the State of Michigan. In addition, the picture of the pistol in paragraph 11 is sufficiently clear that I can see that the pistol itself states that it is a Glock pistol and that it was made in Austria. Therefore, the firearm(s) in BLACK-BURTON's possession traveled in and affected interstate commerce.

15. Probable cause exists that BLACK-BURTON, a convicted felon, knowingly and intentionally possessed a firearm(s) that traveled in and affected interstate commerce, in violation of Title 18 U.S.C. § 922(g)(1).

                        Special Agent Kevin Patrick Doyle
                        Federal Bureau of Investigation

Sworn to before me and subscribed
in my presence this 28th day of July 2017.

MONA K. MAJZOUB
UNITED STATES MAGISTRATE JUDGE

-9-